UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

HECTOR WINSTON DUARTE

                                        : Bankruptcy No. 16-11228REF
              Debtor(s)                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                        BY THE COURT

_September 1, 2016_              R̶i̶c̶h̶E̶F̶
                                _____
                                Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN PA 18102-

HECTOR WINSTON DUARTE
1224 LEHIGH STREET
ALLENTOWN,PA.18103